

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Dave Whitaker v. The State of Texas

Appellate case number:   01-13-00257-CR

Trial court case number:  1350821

Trial court:                     174th District Court of Harris County, Texas

Appellant's counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

Accordingly, we order appellant's appointed counsel, J. Sidney Crowley, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5 and 9 if he believe that an appeal is frivolous. *See* TEX. R. APP. P. 6.5, 9; *Schulman*, 252 S.W.3d at 410, 412.

It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                          ☒ Acting individually    ☐ Acting for the Court


Date:  October 10, 2013